# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Zina Tamez, | Case No. |
| Plaintiff, | |
| v. | |
| Northwest Collectors, Inc.<br>c/o Bruce M. Jancovic, registered agent<br>1420 Renaissance Drive, Unit 313<br>Park Ridge, IL 60068 | **COMPLAINT** |
| Defendant. | **Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff is a resident of the State of Illinois.

4- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

5- Defendant is a corporation with its principal place of business in the State of Illinois.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around May 27, 2011, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

10- Upon information and belief, Defendant received notice of Plaintiff's bankruptcy filing.

11- Despite having knowledge of Plaintiff's bankruptcy, on or around June 14, 2011, Defendant communicated with Plaintiff regarding the Debt.

12- During this communication, Defendant threatened that Plaintiff has 5 days to pay the Debt or legal action would be taken against Plaintiff.

13- Despite having knowledge of Plaintiff's bankruptcy, Defendant telephoned Plaintiff on at least 2 other occasions.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the debt.

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692e(5) by threatening to take action that it could not legally take.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e(5) by threatening to take action that it did not intend to take.

## COUNT IV

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692e(10) by making false representations during the collection, or attempted collection, of a debt.

## COUNT IV

24- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

25- Defendant violated 15 USC § 1692f by using unfair and unconscionable means to collect or attempt to collect a debt.

## JURY DEMAND

26- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27- Plaintiff prays for the following relief:

   a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

   b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

   c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3);

d.  Any other legal and/or equitable relief as the Court deems appropriate.

                RESPECTFULLY SUBMITTED,

                Meier LLC

                By: */s/ Richard J. Meier*
                Richard J. Meier, Esq.
                53 W. Jackson Street, Suite 709
                Chicago, IL 60604
                Tel: 312-242-1849
                Fax: 312-242-1841
                richard@meierllc.com
                *Attorney for Plaintiff*